IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY COWAN, #272014, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>ALBERT BULLS, III, )<br>)<br>   Defendant. ) | CASE NO.  3:12-cv-0898-TMH<br>        WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) filed on November 8, 2012 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) filed on October 30, 2012 is adopted;

3. To the extent that the plaintiff seeks relief under 42 U.S.C. § 1983, the claims against defendant Bulls are dismissed with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. To the extent that the complaint contains a claim which challenges the constitutionality of a conviction and sentence imposed upon the plaintiff by the Circuit Court of Macon County, Alabama, the claim is dismissed without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as this claim is not properly before the court

at this time;

5. The plaintiff's pendent state law claim is dismissed, as the court deems it inappropriate to exercise supplemental jurisdiction over this claim; and

6. This case is summarily dismissed in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 15th day of November, 2012.

                                                /s/ Truman M. Hobbs
                                        TRUMAN M. HOBBS
                                        SENIOR UNITED STATES DISTRICT JUDGE